UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                    )    CHAPTER 13
                          )
ANDREW RYBARCZYK          )    CASE NO. 12-81155
SUSAN D. RYBARCZYK        )
                          )
        Debtor(s)         )

**<u>NOTICE OF WITHDRAWAL OF</u>**
**<u>NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION</u>**

TO:  Citimortgage Inc.                          Codilis & Associates PC
     (Creditor Name)                            (Creditor's Attorney Name)
     PO Box 688971                              Bankruptcy Department
     (Creditor Address)                         (Creditor's Attorney Address)
     Des Moines, IA  50368-9196                 15W030 N. Frontage Rd., Suite 100

     002 / 9 / [K] 2438                         Burr Ridge, IL  60527
     (Trustee Claim # / Court Claim # / Acct #)

     Citimortgage, Inc.                         Citimortgage, Inc.
     PO Box 9438                                PO Box 6030
     Gaithersburg, MD  20898-9438               Sioux Falls, SD  57117-6030


     Andrew Rybarczyk                           Geraci Law, LLC
     (Debtor's Name)                            (Debtor's Attorney Name)
     Susan D. Rybarczyk                         Attorney Jason K. Nielson
     (Debtor's Address)                         (Debtor's Attorney Address)
     8016 Highview Drive                        55 E. Monroe Street, #3400

     Wonder Lake, IL  60097                     Chicago, IL  60603

     12-81155
     (Case Number)

    THIS NOTICE IS HEREBY GIVEN BY THE CHAPTER 13 TRUSTEE, LYDIA S. MEYER, THAT THE NOTICE OF CURE FILED ON NOVEMBER 30TH, 2012 WAS FILED IN ERROR AND IS HEREBY WITHDRAWN.

/s/Lydia S. Meyer
LYDIA S. MEYER, Trustee

## CERTIFICATE OF MAILING

The undersigned certifies that a copy of the foregoing notice was mailed to the Debtor(s), Debtor(s) attorney of record, and creditor to addresses listed above in envelopes bearing first class postal indicia on the 7th day of December, 2012.

/s/Cynthia K. Burnard

LYDIA S. MEYER, Trustee
308 W. State Street, Suite 212
P.O. Box 14127
Rockford, IL  61101-4127
Telephone:  815/968-5354
Fax:  815/968-5368