UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                     CHAPTER 13
ANDREW RYBARCZYK
SUSAN D. RYBARCZYK                  CASE NO. 12-81155

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** CitiMortgage Inc.            **Court claim #:** 9

**Last four digits** of any number used to identify the debtor's account: 2438

*Final Cure Amount*

Amount of Prepetition Arrears      $2500.69

Amount Paid by Trustee      $2500.69

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☒    Thru the Chapter 13 Plan      ☐    Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated: 8/9/17                     /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL 61101

Certificate of Service

     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 9th Day of August, 2017.

Dated: 8/9/17                     /s/Cynthia K. Burnard

CITIMORTGAGE INC
PO BOX 688971
DES MOINES, IA 50368-9196

CITIMORTGAGE INC.
PO BOX 9438
GAITHERSBURG, MD  20898-9438

CITIMORTGAGE INC.
PO BOX 6030
SIOUX FALLS, SD 57117-6030

CODILIS & ASSOCIATES  PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

ANDREW RYBARCZYK
SUSAN D. RYBARCZYK
8016 HIGHVIEW DRIVE
WONDER LAKE, IL  60097

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603